# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICCARDO DARNELL JONES,

    Plaintiff(s),

vs.

CORRECTIONAL OFFICER J. TRAVIS,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV112

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2008, Order.

Signed: October 17, 2008

Frank G. Johns, Clerk
United States District Court